■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL FUSCHI, Appellant, against J. EDWIN LAVALLEE, as Warden of Clinton State Prison, Respondent.— Application to prosecute appeal as a poor person granted, provided an appeal has been timely taken. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDDIE EASLEY, Appellant.— Motion to extend the time within which to perfect appeal granted and the time is extended until the June 1959 Term of this court. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ HAROLD KNISKERN, Respondent, v. STUART BAKER, Appellant.— Motion for an order opening the appellant's default on a motion to dismiss appeal granted February 5, 1959. Motion granted upon condition that appellant perfect his appeal, file and serve record and brief on or before May 15, 1959, and be ready for argument at the June Term of this court. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KESEG, Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and time is extended until August 1, 1959. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HUNTER, Appellant.— Motion to extend the time within which to perfect appeal. Motion granted and time extended to August 20, 1959. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES CHAMBERLAIN, Appellant.— Motion for assignment of counsel denied. Motion to extend time within which to perfect appeal granted and time extended for 90 days, provided an appeal has been timely taken. Motion in all other respects denied. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES J. LONG, JR., Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and the time to perfect appeal is extended until August 15, 1959 and the case is to be ready for argument at the September Term of this court. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE CATANZANO, Appellant, against J. EDWIN LAVALLEE, as Warden of Clinton State Prison, Respondent.— Motion for an extension of time of 60 days within which to perfect appeal. Motion granted. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.